**Myer FELDMAN, Petitioner,**

v.

**DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION, Respondent,**

**and**

**Belinda J. Dunmire, Intervenor.**

**No. 82–1294.**

District of Columbia Court of Appeals.

June 11, 1986.

Before PRYOR, Chief Judge, and NEBEKER, MACK, NEWMAN, FERREN,* BELSON, TERRY, ROGERS * and STEADMAN, Associate Judges.

### ORDER

PER CURIAM.

On consideration of the motion of petitioner for voluntary dismissal of the petition for review, the responses of the respondent and intervenor thereto, and the further response of petitioner, it is

ORDERED that the motion is granted and the petition for review is dismissed except to the extent that pending motions relating to costs, attorney's fees, and disbursements are referred for decision to the division which considered this case.

---

* Associate Judges Ferren and Rogers are recused from consideration of this case.